No. 46742.—Protests 878886-G, etc., of General Printing Ink Corp. (New York).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel that the merchandise consists of honing stones the same in all material respects as those the subject of Abstract 36742, the claim for free entry under paragraph 1692 was sustained.

BEFORE THE THIRD DIVISION, DECEMBER 24, 1941

No. 46743.—Protest 862449-G of Meyer & Lange (New York).

Opinion by CLINE J. In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that 10 percent allowance should have been made for the weight of the gelatinous material surrounding the hams.

BEFORE THE THIRD DIVISION, DECEMBER 26, 1941

No. 46744.—Protest 47105-K of Firestone Rubber & Latex Products Co. (Boston).

Opinion by KEEFE, J. It was stipulated that the items in question consist of iron drums not having removable heads and that they are similar to those the subject of Abstract 46292. In accordance therewith the drums were held entitled to free entry as claimed.

No. 46745.—Protest 56361-K of Davies, Turner & Co. (Philadelphia).

Opinion by KEEFE, J. In accordance with stipulation of counsel that the merchandise consists of graphite practically identical in condition with that passed upon in *Starkey* v. *United States* (6 Cust. Ct. 118, C. D. 444) the protest was sustained.